UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STATE OF OHIO, *et al.*,

    Plaintiffs,                                  Case No. 3:24-cv-283

vs.

UNITED STATES DEPARTMENT          District Judge Michael J. Newman
OF HOMELAND SECURITY, *et al.*,         Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

---

### ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THE CASE AS MOOT BY DECEMBER 11, 2024

---

This civil case is before the Court on Plaintiffs' request for a preliminary injunction regarding the November 2024 election. In a recent Sixth Circuit *en banc* opinion, the Court dismissed a 2024 election appeal as moot. *Brown v. Yost*, No. 24-3354, 2024 WL 4847401, at *4 (6th Cir. Nov. 21, 2024). Accordingly, this Court **ORDERS PLAINTIFFS TO SHOW CAUSE** explaining why the Court should not dismiss this case as moot. Plaintiffs must file a response to the Show Cause Order **by December 11, 2024.**

    **IT IS SO ORDERED.**

November 25, 2024                                s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge