UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |  |
|---|---|---|
| STATE OF OHIO, and <br> FRANK LAROSE, in his official capacity <br> as Ohio Secretary of State <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF <br> HOMELAND SECURITY, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 3:24-cv-283-MJN-PBS |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants United States Department of Homeland Security (the "Department") and Alejandro Mayorkas in his official capacity as Secretary of the United States Department of Homeland Security ("the Secretary" and collectively with the Department, "Defendants") respectfully move the Court for a 45-day extension to answer or otherwise respond to the Complaint, *see* ECF No. 1 ("Compl."), from December 24, 2024 to February 7, 2025.  The undersigned counsel has consulted with counsel for the Plaintiffs, who consent to the requested extension.  In support of this Motion, Defendants state as follows:

1. On October 24, 2024, Plaintiff filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries.  *See* Complaint, ECF No. 1.

2. The Complaint was served on the United States Attorney for the Southern District of Ohio on October 25, 2024.  *See* ECF No. 10.  As result, Defendants' deadline to answer or otherwise respond to the Complaint is December 24, 2024.  *See* Fed. R. Civ. P. 12(a)(2).

3. Defendants respectfully request an extension of 45 days, until February 7, 2025, to answer or otherwise respond to the Complaint.  Defendants respectfully submit that good cause exists to grant the requested extension: Defendants require additional time to obtain sufficient information to respond to the Complaint and to coordinate with the defending agency clients particularly in light of the upcoming holidays (Christmas and New Year's), undersigned counsel's pre-scheduled leave, and counsel's workload in other cases to which he is assigned.  No previous extensions of time have been requested by Defendants in this matter.

4. Pursuant to Local Rule 7.3, the undersigned conferred with Plaintiffs' counsel, who consent to the relief sought herein.  No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

WHEREFORE, Defendants respectfully submit that the Court should grant the requested relief to extend the time within which Defendants must answer or otherwise respond by forty-five (45) days, up to and including February 7, 2025.

Dated: December 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel
Civil Division

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*