UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

|  |  |
|---|---|
| STATE OF OHIO *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants.[1] | Civil Action No. 3:24-cv-283-MJN-PBS<br><br>Judge Michael J. Newman<br><br>Magistrate Judge Peter B. Silvain, Jr. |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants United States Department of Homeland Security (the "Department") and Kristi Noem in her official capacity as Secretary of Homeland Security ("the Secretary" and collectively with the Department, "Defendants") respectfully move the Court for a 45-day extension of time to answer or otherwise respond to the Complaint, *see* ECF No. 1 ("Compl."), from July 7, 2025 to August 21, 2025. As good cause for this request, which Plaintiffs do not oppose, Defendants state as follows:

1. On October 24, 2024, Plaintiff filed this action seeking to compel the Department to provide a response to Plaintiffs' voter citizenship inquiries. *See* Complaint, ECF No. 1.

2. After several extensions, Defendants' current deadline to answer or otherwise respond to the complaint is next Monday, July 7, 2025. *See* Order of May 7, 2025.

3. Defendants now respectfully request 45 additional days to answer or otherwise respond to the Complaint.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Kristi Noem, Secretary of Homeland Security, is automatically substituted as a defendant in her official capacity for her predecessor, Alejandro Mayorkas.

4. The parties are currently engaged in active settlement discussions, and have recently made significant progress. The parties remain hopeful that they will ultimately be able to resolve this matter without the need for further involvement from the Court. Nevertheless, the parties' discussions are ongoing, and the parties need additional time to attempt to reach an agreement and then reduce it to writing.

5. This is Defendants' fourth request for an extension of this deadline. No trial date or other deadlines have been set in this case, and the granting of this extension will not impact any other deadline.

6. Before filing this motion, pursuant to Local Rule 7.3, counsel for Defendants conferred with counsel for Plaintiffs, who reported that Plaintiffs do not oppose the relief requested in this motion.

7. For these reasons, Defendants respectfully request a 45-day extension of time.

Dated:  June 30, 2025											Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Florida Bar No. 1041279
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 305-8576
Email: stephen.pezzi@usdoj.gov

*Counsel for Defendants*