IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION: DAYTON

| | |
|---|---|
| STATE OF OHIO, and<br>FRANK LAROSE, in his official capacity as Ohio Secretary of State,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and<br><br>KRISTI NOEM, in her official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants.* | Civil Action No. 3:24-cv-283<br><br>District Judge Michael J. Newman<br>Magistrate Judge Peter B. Silvain, Jr. |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs voluntarily dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 28, 2025

Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (*pro hac vice*)
NICHOLAS A. CORDOVA (0100969)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, #900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com
ncordova@boydengray.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiffs certifies pursuant to Fed. R. Civ. P. 5(d)(1)(B) and L.R. 5.2 that service of this filing was made through the Court's ECF electronic filing system.

| | |
|---|---|
| Dated: November 28, 2025 | <u>/s/ R. Trent McCotter</u><br>R. Trent McCotter<br><br>*Counsel for Plaintiffs* |